**MICHAEL R. STEIN**
**Defendant - pro se**
Prisoner No. 14600-006
Durand Hall
Federal Prison Camp - Yankton
P.O.Box 700
Yankton, South Dakota    57078

RECEIVED

MA: 2 4 2006

CLERK, U.S. DISTRICT COURT
**ANCHORAGE,** ALASKA

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
            Plaintiff

            vs.

MICHAEL R. STEIN,
            Defendant,
                        pro se

)
)
)
)
)
)
)
)
)
)
)
)

case no.

J03-0001 CR   (RRB)

## MOTION FOR NEW TRIAL
PURSUANT TO FED.R.CRIM.P. 33 - Newly Discovered Evidence
with attached
MEMORANDUM IN SUPPORT

COMES NOW the Defendant, MICHAEL R. STEIN, proceeding pro se, pursuant to Fed.R.Crim.P. 33(a), (b)(1), and respectfully moves this Honorable Court to grant him a new trial, an would show for cause as follows:

The Defendant was convicted by jury May 20, 2003 of 'attempt to possess cocaine with intent to distribute', 500.3 grams, a single violation of 21 U.S.C. §846. The Court sentenced the

Defendant to sixty five months incarceration followed by four years of supervised release. The Defendant has been incarcerated since original arrest on January 16, 2003.

The motion is based un newly discovered evidence that:

- The cocaine evidence-in-chief was not the contraband seized and thereby falsified.

- The government denied the defense the required discovery by untimely provision or by withholding.

- The Court erred by its denial of a previously filed new trial motion.

The cumulative errors amount to a denial of procedural and substantive due process. This is essentially true in light of the minimal weight and quality of the evidence which specifically supports the base charge of 'attempt to possess' cocaine.

Defendant seeks a new trial, OR, in the alternative, an evidentiary hearing to ascertain the probability that these errors undermined the fairness of the trial proceedings and pretrial matters.

### Related Matters

Should a hearing be granted, Defendant requires 120 days notice to prepare. Movant will seek leave to obtain supporting material facts though a motion for discovery.

Additionally, the Defendant requests this Court order a suspension of the Local Rules which control reponse to the events initiated by this pleading. This delay is necessitated

(2)

by the impediments associated with incarceration.

In support of the motion for new trial, the Defendant submits the attached memorandum with exhibits.

Dated this 19 day of May, 2006

                            Respectfully submitted,

                            *Michael R. Stein*
                            ───────────────────────
                            Michael R. Stein,  pro se
                            Prisoner No. 14600-006
                            Durand Hall-Yankton FPC
                            P.O. Box 700
                            Yankton, South Dakota    57078

(Please note all correspondence must be endorsed with:
 "Special Mail-open in the presence of the inmate")


                    **CERTIFICATE OF SERVICE**

    I hereby certify that on this  __19__  day of May, 2006, a
true and correct copy of the forgoing motion for new trial with
attachments was placed in the inmate outgoing mail receptacle
to be sent via first class postage, prepaid, to:

Karen L. Loeffler, AUSA
U.S. Attorney's Office
222 West 7th Avenue  #9
Anchorage, Alaska    99513


                            *Michael R. Stein*
                            ───────────────────────
                            Michael R. Stein, pro se