**Health Canada**
Healthy Environments and
Consumer Safety Branch

**Santé Canada**
Direction générale de la santé environnementale et de
la sécurité des consommateurs

No. N° 0218499

**Certificate of Analyst** / **Certificat d'analyste**

RECEIVED MAY 24 2006 CLERK ANCHORAGE, ALASKA

I, Je soussigné **NANCY DASSIE**, being a person on the staff of the / faisant partie du personnel du Department of Health duly-designated as an Analyst under the Controlled Drugs and Substances Act, and also duly designated as an Analyst under the Food and Drugs Act, do hereby certify:
Ministère de la Santé, étant dûment nommé analyste en vertu de la Loi réglementant certaines drogues et autres substances, et dûment nommé analyste en vertu de la Loi sur les aliments et drogues, atteste par les présentes:

1. That at / Que, à **BURNABY** in the province of / dans la Province de **BRITISH COLUMBIA**
on or about the / le ou vers le **5th** day of / jour de **February** **2003** there was submitted to me / il m'a été soumis
by / par **DEPOSITORY BOX**
from / de **Constable DION, 39188**
a member of the / membre de **Vancouver International Airport Det R.C.M. Police**
a sealed and unopened package which bore the following identification marks, initials, or numbers:
un paquet scellé et non ouvert qui portait l'estampille, les initiales, ou les nombres suivants:

H1656324

2003-072

2. That I did open the said package and did remove therefrom
Que j'ai ouvert ledit paquet et y ai enlevé
**some of the material**
from which I obtained a sample of a substance.
dont j'ai obtenu un échantillon d'une substance.

3. That I duly analyzed and examined the said substance and I found it to contain **a controlled substance**
Que j'ai dûment analysé et examiné ladite substance et que j'ai constaté qu'elle contenait

within the meaning of the / aux termes de la Loi ~~Controlled Drugs and Substances~~ Act, to wit: / à savoir:

**Cocaine (benzoylmethylecgonine)
83 percent as cocaine hydrochloride**

4. That this certificate is true to the best of my knowledge and skill.
Que le présent certificat est fidèle au mieux de mes connaissances et de ma compétence.

Dated at / Fait à **BURNABY, BRITISH COLUMBIA** this / en ce **18th** day of / jour de **February** 20 **03**

ORIGINAL SIGNED BY: **NANCY DASSIE**
Analyst - Department of Health
Analyste - Ministère de la Santé

HC/SC 107-00N

(EXHIBIT A)

0000000145