

U.S. Department of Justice
Drug Enforcement Administration
Western Laboratory, San Francisco, CA

**ATTACHMENT**

RECEIVED
MAY 24 2005
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# CHEMICAL ANALYSIS REPORT

**File Number:** RG-03-0014

| | |
|---|---|
| **Exhibit:** 2 | **DEA Laboratory Number:** 7115675 |
| | **Sealed Package Weight:** 943.9 |
| **Net Weight:** | 500.3g containing cocaine hydrochloride |
| **Quantitative Results:** | 68% cocaine hydrochloride |
| **Amount of Pure Drug:** | 340.2g |
| **Reserve Weight:** | 498.1g |

Analyzed By:
_Keith T. Chan_  5/9/03
Keith T. Chan     Date
Forensic Chemist

Approved By:
_Donald Chinn_  5/9/03
Donald Chinn     Date
Laboratory Director

Prosecution / Division / Orig. Office / Laboratory / Hdqtrs / Receipt Copy

Page 1 of 1