J03-00001 CR (RRB)

EXHIBITS C1 AND C2, IN SUPPORT OF MEMORANDUM
ARE FILED SEPARATELY UNDER SEAL