OCT 08 2003 16:51 F.   ; ATTORNEYS OFFICE   907 271 1500 ;   /2646602   P.01/07





# FAX TRANSMISSION

**UNITED STATES DEPARTMENT OF JUSTICE**
FEDERAL BUILDING U.S. COURTHOUSE, 222 W. 7TH AVE., RM. C-253
ANCHORAGE, ALASKA 99513-7567
(907) 271-5071 (MAIN)
FAX: (907) 271-1300

**To:** Hugh Fleeker   **Date:** 10/8/03

**Fax #:** 264-6602   **Pages:** 6

**From:**

**Subject:** Response to Motion for New Trial

**COMMENTS:** Sorry, It looks like this got served on Bill Carey by mistake — Karen

### NOTICE TO RECIPIENT

The information contained in this facsimile is intended only for the individual or organization named above and may contain confidential or privileged information. If you are not the intended recipient, any dissemination or reproduction of this communication is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of all documents transmitted.

EXHIBIT D