

RECEIVED

MAY 2 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# FAX TRANSMISSION

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUILDING U.S. COURTHOUSE, 222 W. 7TH AVE., RM. C-253
ANCHORAGE, ALASKA 99513-7567
(907) 271-5071 [MAIN]
FAX: (907) 271-1500

| | | | |
|---|---|---|---|
| **To:** | William Carey, Esq. | **Date:** | May 16, 2003 |
| **Fax #:** | 272-4256 | **Pages:** | 11 with cover |
| **From:** | Cindy Dobyns for Karen Loeffler | | |
| **Subject:** | U.S. v. Stein, Discovery 20002 - 20010 | | |

**COMMENTS:**

### NOTICE TO RECIPIENT

The information contained in this facsimile is intended only for the individual or organization named above and may contain confidential or privileged information. If you are not the intended recipient, any dissemination or reproduction of this communication is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of all documents transmitted.

(EXHIBIT E1)



United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

May 14, 2003

William B. Carey
1502 W. 34th Ave.
Anchorage, AK 99503

    Re: U.S. v. Stein
        More Discovery Matters

Dear Bill:

    Enclosed please find the report written by Sgt. Tim Birt in this case. I learned for the first time today that he had written a report and had it faxed to my office. Jim Agner also believes that he wrote a report. He is having his secretary look for it and I will fax it to you as soon as I receive it. I believe that you have the reports of all of the other officers that wrote reports.

                Very truly yours,

                TIMOTHY M. BURGESS
                UNITED STATES ATTORNEY

                Karen L. Loeffler
                Assistant U.S. Attorney

(EXHIBIT E2)