IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL R. STEIN,<br><br>       Defendant. | Case No. 1:03-cr-0001-RRB<br><br>**<u>ORDER DENYING MOTION<br>FOR NEW TRIAL</u>** |

      Before the Court at Docket 89 is a Motion for new Trial filed by Defendant Stein. The Government opposes at Docket 93.

      The Court has reviewed all the relevant pleadings and concludes that, for the reasons set forth by the Government, Defendant's motion is without merit.

      The evidence presented at trial overwhelmingly established Defendant's guilt. Defendant received a fair trial in every regard. The Motion for New Trial is therefore **DENIED**.

      ENTERED this 12th day of June, 2006.

                                      /s/ RALPH R. BEISTLINE<br>                                      UNITED STATES DISTRICT JUDGE