

Michael R. Stein
Defendant - **pro se**
Prisoner No. 14600-006
Durand Hall
Federal Prison Camp - Yankton
P.O. Box 700
Yankton, South Dakota   57078

RECEIVED

JUN 2 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff )<br>)<br>vs. )<br>)<br>MICHAEL R. STEIN, )<br>          Defendant, )<br>          pro se )<br>_____) | Case No.<br><br>J03-0001 CR (RRB) |

### NOTICE OF APPEAL

Notice is hereby given that, **Michael R. Stein,** Defendant, proceeding pro se in forma pauperis, in the above captioned case appeals to the Ninth Circuit Court of Appeals from the order entered on the _12_ day of _JUNE_ 20_06_, denying the motion for new trial filed in the U.S. District Court, District of Alaska, Ralph R. Beistline, Judge.

By: _Michael R. Stein_
Michael R. Stein, pro se

(Placed in inmate mail receptacle this _19_ day of _JUNE_, 2006.)

## CERTIFICATE OF SERVICE

I hereby cerify that on this 18 day of JUNE, 2006, a true and correct copy of the forgoing notice of appeal was placed in the inmate mail receptacle to be sent via first class postage, prepaid, to:

| | |
|---|---|
| Karen L. Loefller, AUSA<br>U.S. Attorney's Office<br>222 West 7th Avenue #9<br>Anchorage Alaska  99513 | U.S. Court of Appeals<br>For the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |

*Michael R. Stein*
Michael R. Stein, #14600-006
Durand Hall, Yankton FPC
P.O. Box 700
Yankton, SD   57078

(Note: All correspondence must be endorced 'Special Mail-open in the presence of inmate' to insure confidentiality.)