UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v Michael R Stein
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: 1:03-cr-00001-RRB
Date Complaint/Indictment/Petition Filed: 1/22/2003
Date Appealed Order/Judgment *entered*: 6/12/2006
Date NOA *filed*: 6/23/2006
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

06-30394

Court Reporter(s) Name and Phone Number:  Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: __         Date Docket Fee billed: __
Date FP granted: __              Date FP denied: __
Is FP pending? __yes/no          Was FP Limited/Revoked?
US Government Appeal?   __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Michael R Stein | Karen Loeffler |
| Durand Hall/ Fed Prison Camp-Yankton | U.S Attorney's Office |
| P.O. Box 700 | 222 W. 7th Ave #9 |
| Yankton, South Dakota 57078 | Anchorage, AK 99513 |

__retained   X CJA   __FPD   __FPD   __Other       Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: 14600-006           Address:  P.O. Box 700, Yankton, SD 57078
Custody: X_                      __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

---

Name and phone number of person completing this form:   Tina J Grothause
                                                         (907) 451-5791