UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM    **AMENDED**

U.S. Court of Appeals # 06-30394        U.S. District Court # J03-0001

Short Case Title   USA v MICHAEL R. STEIN

Date Notice of Appeal Filed by Clerk of District Court   June 23, 2006

RECEIVED AUG 0 7 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 01-24-03 | ECR: Gala Nelson | ~~VOIR DIRE~~ Arr |
| 04-15-03 | ECR: Robin Carter | ~~OPENING STATEMENTS~~ FPTC |
| 05-19&20-03 | ECR: Robin Carter | ~~XXXXXXXXXXXXXXXXXXXXXXXX~~ SIDEBARS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(XX) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____

Signature of ~~XXXXXXXXX~~ pro se designator   Michael R. Stein   Phone Number  prisoner

Address   Prisoner #14600-006 Durand Hall, FPC-Yankton
P.O. Box 700, Yankton, South Dakota 57078

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.   (
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____ Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____ Court Reporter's Signature _____