**MICHAEL R. STEIN**
**Prisoner No. 14600-006**
**Federal Prison Camp - Yankton**
**P.O. Box 700**
**Yankton, South Dakota   57078**

July 31, 2006

RECEIVED

AUG 0 7 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

**Clerk of the Court**
United States District Court
For The District Of Alaska
Federal Building U.S. Courthouse
222 W. 7th Ave #4
Anchorage, Alaska   99513

Re: #: 1:03-cr-00001-RRB-ALL  9th COA #06-30394

Dear Clerk of the Court:

In reply to your letter dated July 19, 2006, acknowledging receipt of the Transcript Designation form which indicated I do not intend to designate any portion of a proceeding for transcription. This was an error.

Enclosed find an amended designation form and a designation form for proceedings in a case which precipitated the instant case. Appropriate Transcript order forms are also enclosed.

As previously authorized by the courts, I continue to proceed in informa pauperis.

I apologize for my ignorance in these matters and I wish to express my appreciation for your patience and assistance.

Sincerely,

Michael R. Stein **pro se**

cc-file
  -jj
  -appellee