UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
DEC 19 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL R. STEIN,<br><br>Defendant - Appellant. | No. 06-30394<br><br>D.C. No. CR-03-00001-RRB<br>District of Alaska, Juneau<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for appointment of counsel is granted. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

Appellant's motion for an extension of time to file the opening brief is granted. New counsel shall designate the reporter's transcript by February 5, 2007. The transcript is due February 26, 2007. The opening brief and excerpts of

S:\MOATT\Cmshords\12.06\pe\06-30394.wpd

06-30394

record are due March 26, 2007; the answering brief is due April 25, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

**REDACTED SIGNATURE**
General Order 6.3(e)