PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael R. Stein                           Case Number: 1:03CR0001-001 RRB

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     September 24, 2003

Original Offense:              Attempt to Possess Cocaine with Intent to Distribute

Original Sentence:             65 months imprisonment, 4 years supervised release

Date Supervision will Commence:   February 12, 2007

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) upon his release from imprisonment for a period of 190 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center. If the defendant is able to secure a suitable residence prior to the end of the 90-day period, the defendant shall be released from the Cordova Center at the discretion of the probation officer."

### CAUSE

On September 24, 2003, the Court sentenced the offender to 65 months imprisonment and 4 years supervised release following his conviction for Attempt to Possess Cocaine with Intent to Distribute. The defendant is presently at the halfway house (i.e. Cordova Center), with a scheduled release date of February 12, 2007. The Federal Case Manager at the Cordova Center recently notified the probation officer that the offender has not yet secured a suitable residence and would like to stay past his release date to save additional monies for a residence. The probation officer then prepared the attached waiver for the defendant's signature and on January 12, 2007, the defendant signed the waiver. It is therefore respectfully requested that the Court order the modification of conditions as set forth above.

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Michael R. Stein**                                    Docket No. 1:03CR0001-001 RRB

    I, Michael R. Stein , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) upon his release from imprisonment for a period of 90 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center. If the defendant is able to secure a suitable residence prior to the end of the 90-day period, the defendant shall be released from the Cordova Center at the discretion of the probation officer"

Signed: _[signature]_                                              Date: 1/12/07
        Michael R. Stein

**REDACTED SIGNATURE**

Witness: _[signature]_                                             Date: 1/12/07
    Jennifer Ramsey
    Case Manager, Cordova Center

*Request for Modification of Conditions or Term*
*Name of Offender*      :      Michael R. Stein
*Case Number*           :      1:03CR-0001-001 RRB

Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: January 22, 2007

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other:

---

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge
Date: 1/23/07

-2-