MICHAEL R. STEIN, Pro se
Prisoner #14600-006
Cordova Center RRC
130 Cordova Street
Anchorage, Alaska 99501
907-274-1022 Ext. 78509



RECEIVED
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>MICHAEL R. STEIN<br>Defendant<br>Pro se | Case #: **1:03-cr-00001-RRB**<br><br>**DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL TO FILE AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

COMES NOW Defendant/Appellant, MICHAEL R. STEIN, pro se, proceeding in informa pauperis, requests this Honorable Court appoint counsel, pursuant to the Criminal Justice Act, 18§3006A, experienced in the pleading of a motion to vacate, set aside, or correct sentence to assist in the formulation of the supplemental filing of an amended motion. Defendant Stein has filed with the Clerk of This Court his pro se motion to vacate and requires assistance for the following reasons:

Defendant Stein;

1) Has insufficient income to obtain legal assistance or access electronic legal research materials.

2255 Dist. Crt
Mot appoint counsel

2) Has no legal training or formal legal education.

3) Is in custody Bureau of Prisons as contracted to Cornell Companies of America, Anchorage, Alaska.

4) Has insufficient access to legal references, to word processing equipment, to online legal research material, and reproduction equipment due to the impediments of custody and his financial condition.

5) Requires professional assistance to properly present and preserve the numerous claims of constitutional violations associated with this complex case.

For the above reasons the Court should grant appointment of counsel in the matter of the supplemental filling of an amended motion to vacate, set aside, or correct sentence.

### RELATED MATTER

Defendant Stein currently has CJA counsel appointed to brief the appeal of this Court's denial of a second motion for new trial.

Respectfully submitted this 12th day of February, 2007

*Michael R. Stein*

Michael R. Stein     **pro se**
130 Cordova Street
Anchorage, Alaska 99501
907-274-1022 Ext 78509

### Certificate of Service

I hereby certify that on February 12, 2007 a copy of the foregoing motion for appointment of counsel was hand delivered to counsel of record:

Karen Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513

*Michael R. Stein*

Michael R Stein

2255 Dist. Crt
Mot appoint counsel