MICHAEL R. STEIN, PRO SE
Prisoner #14600-006
Cordova Center RRC
130 Cordova Street
Anchorage, Alaska 99501
907-274-1022 Ext. 78509



RECEIVED
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>MICHAEL R. STEIN<br>Defendant<br>Pro se | Case #: **1:03-cr-00001-RRB**<br><br>**DEFENDANT'S PRO SE MOTION FOR LEAVE TO FILE AMENDED MOTION TO VACATE, SET ASIDE. OR CORRECT SENTENCE WITH THE ASSISTANCE OF COUNSEL** |

I, Michael R. Stein, proceeding in informa pauperis, without assistance of counsel, request this Honorable Court grant leave to allow supplemental amended pleadings related to the Motion to Vacate, Set Aside, or Correct Sentence, filed February 12, 2007, with the Clerk of This Court.

In support of this request Movant submits:

He has no formal legal training or availability of legal advice.

His current conditions of confinement prevent sufficient access to legal materials, deny electronic word processing or copying, and provide no physical area to formulate pleadings.

2255
Mot for Leave /Supplemental

His current employment provides insufficient income to obtain legal assistance or access electronic legal research materials.

The complexity of the case requires additional review by competent counsel to insure that all claims are entered and properly presented.

A motion for appointment of counsel has been filed this day, February 12, 2007 with the Clerk of This Court.

Respectfully submitted this 12 day of February, 2007

*Michael R. Stein*
Michael R. Stein, pro se

### CERTIFICATE OF SERVICE

I, Michael R. Stein, certify that on February 12, 2007, I hand delivered this motion for leave to file a supplemental motion to vacate, set aside, or correct sentence to counsel of record.

Karen Loeffler, AUSA
U.S. Attorney Office
222 West 7th Avenue #9
Anchorage, Alaska 99513

*Michael R. Stein*
Michael R. Stein

2255
Mot for Leave /Supplemental