MICHAEL R. STEIN, Pro se
Prisoner #14600-006
Cordova Center RRC
130 Cordova Street
Anchorage, Alaska 99501
907-274-1022 Ext. 78509



RECEIVED
FEB 14 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>MICHAEL R. STEIN<br>Defendant<br>Pro se | Case #: 1:03-cr-00001-RRB<br><br>ATTACHMENTS<br>TO MOTION TO VACATE, SET<br>ASIDE OR,<br>CORRECT SENTENCE |

Supreme Court

    February 27, 2006 — Denial of the pro se petition for writ of certiorari

Ninth Circuit COA

    August 8, 2005 — Mandate from judgment affirming conviction
    July 27, 2005 — Order denying pro se petition for rehearing
    March 17, 2005 — Memorandum opinion affirming conviction

District of Alaska

    June 12, 2006 — Order denying pro se motion for new trial [second]
    October 21, 2003 — Order denying motion for new trial [first]
    September 24, 2003 — Judgment in a criminal case

SCANNED

I, MICHAEL R. STEIN, CERTIFY THAT A COPY OF THESE ATTACHMENTS WAS HAND DELIVERED TO US ATTORNEY OFFICE, FOR KAREN LOEFFLER

*Michael R. Stein*  2/14/07