# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 27, 2006

Mr. Michael R. Stein
Prisoner ID 14600-006
Federal Prison Camp-Yankton
P.O. Box 700
Yankton, SD 57078

    Re:  Michael R. Stein
          v. United States
          No. 05-8813

Dear Mr. Stein:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk