UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL R. STEIN,<br><br>Defendant - Appellant. | No. 03-30459<br>D.C. No. CR-03-00001-03-RRB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Thursday, March 17, 2005

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | ) | No. 03-30459 |
| --- | --- | --- |
| Plaintiff-Appellee, | ) | D.C. No. CR-03-00001-03-RRB |
| v. | ) | ORDER DENYING PETITION FOR REHEARING |
| MICHAEL R. STEIN, | ) | |
| Defendant-Appellant. | ) | |

Before:   FERNANDEZ, TASHIMA, and GOULD, Circuit Judges.

The panel has unanimously voted to deny the appellant's petition for rehearing.

The petition for rehearing is DENIED.

(4a)



**FILED**

**NOT FOR PUBLICATION**  MAR 17 2005

UNITED STATES COURT OF APPEALS  CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 03-30459 |
| | ) | |
| Plaintiff-Appellee, | ) | D.C. No. CR-03-00001-03-RRB |
| | ) | |
| v. | ) | **MEMORANDUM**[*] |
| | ) | |
| MICHAEL R. STEIN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

RECEIVED
MAR 21 2005
MATTHEW W. CLAMAN

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted March 7, 2005[**]
Seattle, Washington

Before:   FERNANDEZ, TASHIMA, and GOULD, Circuit Judges.

Michael Stein appeals his conviction for attempted possession of cocaine with intent to distribute. 21 U.S.C. § 846. We affirm.

(1)   Stein first argues that the fruits of a search conducted on January 16,

---

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

(1a)

2003, must be suppressed. However, he did not raise the issue before trial and has not shown good cause for his failure so to do. Thus, we will not consider this waived issue. See Fed. R. Crim. P. 12(b)(3)(C), (e); United States v. Murillo, 288 F.3d 1126, 1135 (9th Cir. 2002); United States v. Wright, 215 F.3d 1020, 1026–27 (9th Cir. 2000).

(2)   Stein also argues that the delay at the post office of a package sent by him and addressed to an address where he received mail amounted to an illegal seizure because it was detained without reasonable suspicion and for an unreasonable period. We disagree. Assuming that reasonable suspicion is needed to detain a package, it existed here. See United States v. Van Leeuwen, 397 U.S. 249, 251–53, 90 S. Ct. 1029, 1032–33, 25 L. Ed. 2d 282 (1970); United States v. Hernandez, 313 F.3d 1206, 1210–11 (9th Cir. 2002); United States v. Aldaz, 921 F.2d 227, 229 (9th Cir. 1990). Moreover, the period of detention was not excessive. See Hernandez, 313 F.3d at 1212–14; United States v. Gill, 280 F.3d 923, 928–29 (9th Cir. 2002); Aldaz, 921 F.2d at 230–31.

(3)   Finally, Stein makes an asthenic and rather lutulent argument that his rights under Brady v. Maryland, 373 U.S. 83, 87, 83 S. Ct. 1194, 1196–97, 10 L. Ed. 2d 215 (1963), were somehow violated by the government's handling of information about the quantity of cocaine. We have reviewed the record and can

2a

perceive no basis for determining that the government withheld favorable evidence about the cocaine. There was no <u>Brady</u> error.

AFFIRMED.