IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL R. STEIN,<br><br>    Defendant. | Case No. 1:03-cr-0001-RRB<br><br>**ORDER DENYING MOTION<br>FOR NEW TRIAL** |

    Before the Court at Docket 89 is a Motion for new Trial filed by Defendant Stein. The Government opposes at Docket 93.

    The Court has reviewed all the relevant pleadings and concludes that, for the reasons set forth by the Government, Defendant's motion is without merit.

    The evidence presented at trial overwhelmingly established Defendant's guilt. Defendant received a fair trial in every regard. The Motion for New Trial is therefore **DENIED**.

    ENTERED this 12th day of June, 2006.

                             /s/ RALPH R. BEISTLINE
                             UNITED STATES DISTRICT JUDGE

FILED

OCT 2 1 2003

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. J03-0001 CR (RRB) |
| MICHAEL R. STEIN, | |
| Defendant. | **ORDER DENYING MOTION FOR NEW TRIAL** |

On September 24, 2003, Defendant, through counsel, filed a Motion for New Trial (Docket 68) based on what Defendant refers to as "newly discovered" evidence.

Even if Defendant's motion were timely and the evidence which Defendant alludes to was, in fact, newly discovered, Defendant's Motion for New Trial fails on the merits.

The conflict in addresses that Defendant cites would not have impacted the issuance of the initial search warrants. The fact that the implant device was used for both tracking and alerting agents when the package was opened did not go beyond the scope of the search warrant and would not have prevented the

evidence seized thereafter from being admitted at trial. The implanted device did exactly what it was intended to do. It alerted agents when and where Defendant opened the package in question. The fact that Defendant carried the package to a different location from where he received it before he opened it does not detract from the validity of the search warrants.

Furthermore, the evidence presented at trial against Defendant was overwhelming. The "newly discovered" evidence cited by Defendant is not material to the case and would not likely have resulted in an acquittal. See United States v. Sarno, 73 F.3d 1470, 1507 (9th Cir 1995).

Therefore the Motion for New Trial is hereby **DENIED**.

ENTERED at Anchorage, Alaska, this 21 day of October, 2003.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

J03-0001-CR (RRB)

H. FLEISCHER (FLEISCHER)
K. LOEFFLER (US-ATTNY)
MAGISTRATE JUDGE PALIENRE

MAILED ON 10/21/03

BY PD

ORDER DENYING MOTION FOR NEW TRIAL - 2
J03-0001 CR (RRB)

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
District of Alaska

SEP 24 2003
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| MICHAEL R. STEIN | Case Number: J03-0001-CR (RRB) |
| | HUGH FLEISCHER |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)  1 of the Superseding Indictment.
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Attempt to Possess Cocaine with Intent to Distribute | 01/16/2003 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 08/21/1949

Defendant's USM No.: 14600-006

Defendant's Residence Address:

P.O. Box 32805

Juneau, Alaska 99803

SEPTEMBER 24, 2003
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

September 24 2003
Date

Defendant's Mailing Address:

Same as above.

J03-0001--CR (RRB)
----------------
H. FLEISCHER (FLEISCHER)
K. LOEFFLER (US-ATTNY)
US MARSHAL

US PROBATION
FINANCE
MAGISTRATE JUDGE PALLENBE
Def w/cnsl cy
PLU

MAILED ON 9/24/03

BY ___TC___

6