IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL R. STEIN,<br><br>     Defendants. | Case No. 1:03-cr-00001-RRB<br><br><br>O R D E R |

On February 12, 2007, Michael R. Stein filed a motion requesting permission to file a motion under 28 U.S.C. § 2255, and requesting appointed counsel for that purpose.[1] Mr. Stein has, however, appealed the denial of his most recent application for a new trial [2] to the Court of Appeals for the Ninth Circuit.[3]

---

[1] See Docket No. 109, 110.

[2] See Docket No. 58 (denying motion for new trial); Docket No. 72 (denying motion for new trial); see also United States v. Stein, 124 Fed. Appx. 571 (9th Cir. March 17, 2005) (affirming conviction).

[3] See Docket Nos. 89, 91, 94-97, 100-103, 106-07 (Mr. Stein's opening brief, through counsel, is due on March 26, 2007).

This Court may not hear Mr. Stein's case while it is on appeal. The Ninth Circuit has instructed that the "district court should not entertain a habeas corpus petition while there is an appeal pending in this court or in the Supreme Court."[4] To do otherwise, "would eviscerate our goal of judicial economy by engaging the attention of two courts on the same case at the same time."[5]

**Therefore, IT IS HEREBY ORDERED that:**

Mr. Stein's motions at docket numbers 109 and 110 are DENIED.

DATED this 6th day of March, 2007, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge

---

[4] *United States v. Pirro*, 104 F.3d 297, 299 (9th Cir. 1997), quoting *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991), *cert. denied*, 503 U.S. 975 (1992), and *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir.1987).

[5] *Id.*