UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __10/16/07_____

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                         (xx) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         ( )JUDGE

From: U.S. District Court
      222 W. 7th Ave., #4
      Anchorage, AK 99513


DC No: __1:03-cr-00001-RRB_____   Appeal No: __06-30394_____

Short title: __USA v Stein_____

Composition of Record

Clerk's Files in __3_____ volumes     (X) original     ( ) certified copy

      Bulky docs. _____ volumes, docket # ____
                                (folders)

Reporter's in __1_____ volumes     (X) original     ( )certified copy
Transcripts

Exhibits:   in _____ envelopes     ( ) under seal

          in _____ boxes     ( ) under seal

Other: Enclosed 1 certified copy of Docket Sheet. 1 volume sealed for a total of 4 volumes of original case files: documents filed 1/1/06 and after are available electronically: copies of sealed documents at dkt#'s  85;  Transcripts dkt #78, 79, & 105 enclosed.
(please note any documents filed under seal)


Acknowledgement:_____    Date:_____
"record.app" [11/21/97]