MICHAEL R. STEIN, PRO SE
201 W. 11th Ave #5
Anchorage, Alaska 99501
907-529-1305, E-mail: MRS12AK@Hotmail.com



OCT 31 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br>vs.<br>**MICHAEL R. STEIN**<br>Defendant<br>Pro se | Case #: **1:03-cr-00001-RRB**<br><br>**DEFENDANT**<br>**ADDRESS CHANGE** |

Effective immediately mail all communications to Defendant, Michael R. Stein to:

**Michael R. Stein, 201 W. 11th Ave. #5, Anchorage, Alaska 99501**

Submitted this 31th day of October 2007.

_____
Michael R. Stein, **pro se**

### Certificate of Service

I hereby certify that on October 31, 2007, a copy of the forgoing was hand delivered to the offices of:

Karen Loefler, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513