UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee <br><br> v. <br><br> MICHAEL R. STEIN, <br><br> Defendant - Appellant | No. 06-30394 <br> D.C. No. CR-03-00001-RRB <br><br><br> MANDATE |

**RECEIVED**

APR 0 7 2008

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

The judgment of this Court, entered 3/11/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk