MICHAEL R. STEIN, pro se
201 W. 11th Ave., #5
Anchorage, Alaska 99501
Cell no. 907-529-1305
e-mail mrs12ak@hotmail.com


RECEIVED
APR 28 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL R. STEIN<br>　　　　Defendant<br>　　　　Pro se | Case No: **1:03-cr-00001-RRB**<br><br>MOTION TO RECONSIDER ORDER DENYING CONSIDERATION OF MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE |

Defendant, Michael R. Stein, moves this Honorable Court "entertain" the Motion to Vacate, Set Aside, or Correct Sentence, received by the Clerk for the U.S. District Court for the District of Alaska, February 12, 2007. (Dkt No. 109 and 110).

This Court's Order of Denial stating, "This Court may not hear Mr. Stein's case while it is on appeal." should be reconsidered. (Attachment I) The basis of the denial has been disposed of. The Ninth Circuit Court of Appeals filed the formal mandate related to that appeal. (Attachment II)

Respectfully submitted this 25-Apr-08 by:

*Michael R. Stein*
Michael R. Stein, pro se

### CERTIFICATE OF SERVICE

I, Michael R. Stein, certify that on April 25, 2008, I hand delivered this motion to reconsider (reconsider the order denying consideration of the motion to vacate, set aside or correct sentence) to the United States Attorney's office in Anchorage, Alaska. Specifically directed to counsel of record:

Karen Loeffler,
Assistant United States Attorney
U.S. Attorney's Office
222 West 7th Avenue #9
Anchorage, Alaska 99513

*Michael R. Stein*
Michael R. Stein, pro se
201 W. 11th Ave., #5
Anchorage, Alaska 99501
Cell no. 907-529-1305
e-mail mrs12ak@hotmail.com

2