UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 02 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30394 |
| --- | --- |
| Plaintiff - Appellee | D.C. No. CR-03-00001-RRB |
| v. | |
| MICHAEL R. STEIN, | **MANDATE** |
| Defendant - Appellant | |

The judgment of this Court, entered 3/11/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk